Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL PM 3: 36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Pro-Se
Rica C. Angelo

vs

Countrywide Home Loans,
Countrywide Bank, FSB
Recontrust Company
Aurora Loan Services

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1253 W JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

PRO-SE
Rica Afenir
3245 Opera Dr.
Las Vegas, NV 89146

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 11 2008

W. Samuel Hamrick, Jr.
CLERK                                              DATE

By _____, Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)